PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jackson, Raheem  
Cr.: 04-00334-001  
PACTS #: 40693

Name of Sentencing Judicial Officer: William H. Walls, Senior United States District Judge

Date of Original Sentence: 12/21/05  
Violation of Supervised Release: 01/11/2011

Original Offense: Unlawful Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1)

Original Sentence: 51 months imprisonment; 3 year supervised release  
Violation Sentence: 22 months imprisonment; 2 years of supervised release

Type of Supervision: Supervised Release  
Date Supervision Commenced: 10/24/08  
Date Supervision Recommenced: 06/28/12

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On August 17, 2012, the offender submitted a urine specimen which yielded positive results for marijuana. |

U.S. Probation Officer Action: While the probation office is discouraged by Jackson's actions, we are requesting an opportunity to address his noncompliance internally. We intend to refer him to Narcotics Anonymous (NA) meetings and enroll him in Moral Recognition Therapy (behavioral enrichment program). If Your Honor agrees with our plan, the probation office will also present a copy of this order to the offender as a formal written reprimand. We will advise the Court of any additional noncompliance.

Respectfully submitted,

By: Jamel H. Dorsey  Maureen Kelly  
U.S. Probation Officer

Date: 09/06/12

*The Courts endorsement of the petition will serve as an official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision  
[ ] Submit a Request for Warrant or Summons  
[✓] Other

Date